1  Lisa M. Conner/CSBN 167903
*lisac@fdw-law.com*
2  Zachary J. Politis/CSBN 306310
*zackp@fdw-law.com*
3
FLYNN, DELICH & WISE LLP
4  One World Trade Center, Suite 1800
Long Beach, California  90831-1800
5  Tel: (562) 435-2626 ▪ Fax: (562) 437-7555
6  Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.
7

8                    UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10

11  RITA GOLDMANN, an individual,          Case No.: 5:20-cv-01370 JGB (SHKx)

12        Plaintiff,                       **JOINT NOTICE OF SETTLEMENT**

13  vs.

14
PRINCESS CRUISE LINES, LTD., a
15  California Corporation, dba in California
as "Princess Cruises"; and DOES 1
16  through 100, inclusive;

17        Defendants.

18
       TO THE HONORABLE COURT AND ALL PARTIES AND THEIR
19
COUNSEL OF RECORD:
20
       Pursuant to Local Rule 16-15.7, Plaintiff RITA GOLDMANN and
21
Defendant PRINCESS CRUISE LINES, LTD., by and through their respective
22
counsel, hereby advise the Court that a settlement has been reached to effectuate
23
resolution of all claims in this matter in its entirety subject only to the resolution of
24
any Medicare or Medicare Advantage medical liens.
25
       The parties request that the Court place this matter on inactive status and
26
vacate any upcoming hearings and deadlines to provide time for the parties to
27
memorialize and consummate the terms of the settlement and to negotiate and
28

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1  resolve any outstanding final Medicare liens. The parties anticipate having all

2  settlement details addressed and that the parties will file a Joint Stipulation for

3  Dismissal within the next 90 days.

4

5  Date: March 7, 2022                    FLYNN, DELICH & WISE LLP

6

7                                         By:   /s/ Zachary J. Politis

8                                                Lisa M. Conner
                                                 Zachary J. Politis
9                                                Attorneys for Defendant,
                                                 PRINCESS CRUISE LINES, LTD.
10

11

12  Date:  March 7, 2022                   McNICHOLAS & McNICHOLAS, LLP

13

14                                         By:  /s/ John P. McNicholas

15                                              John P. McNicholas
                                                Attorneys for Plaintiff,
16                                              RITA GOLDMANN

17

18

19

20

21

22

23

24

25

26

27

28

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

## <u>ATTESTATION</u>

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other

signatories listed, and on whose behalf the filing is submitted, concur in the

content of this filing and have authorized this filing.

> By: /s/ Zachary J. Politis
> Lisa M. Conner
> Zachary J. Politis
> Attorneys for Defendant,
> PRINCESS CRUISE LINES, LTD.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626