1  Lisa M. Conner/CSBN 167903
   lisac@fdw-law.com
2  Zachary J. Politis/CSBN 306310
3  zackp@fdw-law.com
   FLYNN, DELICH & WISE LLP
4  One World Trade Center, Suite 1800
5  Long Beach, California 90831-1800
   Tel: (562) 435-2626 ▪ Fax: (562) 437-7555
6
   Attorneys for Defendant,
7  PRINCESS CRUISE LINES, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RITA GOLDMANN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., a California Corporation, dba in California as "Princess Cruises"; and DOES 1 through 100, inclusive;<br><br>    Defendants. | Case No.: 5:20-cv-01370 JGB (SHKx)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

/ / /

/ / /

Plaintiff RITA GOLDMAN ("Plaintiff") and Defendant PRINCESS CRUISE LINES, LTD. ("Defendant"), by and through their respective attorneys, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-entitled action is hereby dismissed with prejudice and without costs to any party. The undersigned represent all the parties that have appeared in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this dismissal with prejudice shall be effective without further order of the Court.

Dated: July 29, 2022　　McNICHOLAS & McNICHOLAS, LLP

By: s/John P. McNicholas
John P. McNicholas
Attorneys for Plaintiff,
RITA GOLDMANN

Date: July 29, 2022　　FLYNN, DELICH & WISE LLP

By: s/ Zachary J. Politis
Lisa M. Conner
Zachary J. Politis
Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

## ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By: s/ Zachary J. Politis
Lisa M. Conner
Zachary J. Politis
Attorneys for Defendant,
PRINCESS CRUISE LINES, LTD.

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626